IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 5:14-CR-05-02 |
| | § | JUDGES SCHNEIDER/CRAVEN |
| SHELLEY LYNN SAMANSKY (02) | § | |

## FACTUAL RESUME

Investigation by the United States Secret Service disclosed the following facts that establish that I, the Defendant, **Shelley Lynn Samansky**, committed the conduct described in Count 1 of the indictment, which charges a violation of 18 U.S.C. § 472, possession of counterfeited obligations of the United States and aiding and abetting. I agree that the following factual basis is true and correct:

1. On March 11, 2014, in Bowie County, in the Eastern District of Texas, I knowingly and voluntarily possessed counterfeited $100 U.S. currency bills. My husband, Kenneth Samansky, handed them to me after a fleeing the scene where he attempted to pass one of those counterfeit bills, and instructed me to go inside a business and get rid of them. I left our rental car, entered a donut shop, and attempted to flush the bills down the toilet in the guest restroom. Once I discovered that the counterfeit bills would not easily flush, I placed the remaining bills in the trashcan in the guest restroom. I knew the bills were counterfeit; otherwise I would not have attempted to flush them or put them in the trash. I knew my husband, Kenneth Samansky, possessed those counterfeit bills with the intent to defraud, that is, intending to cheat

Factual Resume - 1

someone by making that person think the money was real. I was aware that he intended to pass those counterfeit bills as real bills and I aided and abetted him in his actions.

2. I acknowledge that these acts constitute a violation of 18 U.S.C. § 472, possession of counterfeited obligations of the United States and aiding and abetting. I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: 6/5/14

(X) Shelley Samansky
Shelley Lynn Samansky
Defendant

**Defendant's counsel's signature and acknowledgment:**

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, Shelley Lynn Samansky. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: 6/5/14

Craig Bass
Attorney for Defendant